# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY LEE BUTLER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS,<br><br>　　　　　Respondent. | Case No. CV 11-8625-JHN (JEM)<br><br>**JUDGMENT** |

　　　In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 8, 2012

　　　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE